No. 97–8254.  WOLDE-GIORGIS v. DELECKI ET AL., 523 U. S. 1125.  Motion for leave to file petition for rehearing denied.

DECEMBER 1, 1998

No. 98–318.  LOUISIANA ET AL. v. ST. TAMMANY PARISH SCHOOL BOARD ET AL.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 46.